IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

ARVOL HERNDON                                                                                       PLAINTIFF

v.                                          CASE NO. 5:14-CV-05157

PLANTATION PEST MANAGEMENT, INC.,
d/b/a PRIORITY PEST CONTROL;
and DON WINELAND                                                                              DEFENDANTS

## ORDER

NOW on this 22nd day of August, 2014, comes on for consideration the parties' Joint Motion to Approve Settlement Agreement (Doc. 13).

IT APPEARING to the Court that the matter has been settled, counsel for all parties having so advised the Court, it is ORDERED that the parties' Joint Motion be GRANTED, and the Complaint and all causes of action herein are DISMISSED WITH PREJUDICE, subject to the terms of the settlement agreement (Doc. 13-1).

The Court retains jurisdiction to vacate this Order and to reopen the action upon cause shown that settlement has not been completed and that a party wishes this Court to enforce the settlement agreement specifically.

IT IS SO ORDERED the 22nd day of August, 2014.

TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE